IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNIVERSITY MALL, LLC**                                                                 **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 2:24-cv-89-TBM-RPM**

**IKECHUKWU OKORIE; ROYAL OAKS
RENTAL PROPERTIES, LLC; INLAND
FAMILY PRACTICE, LLC;** *et al*                                                      **DEFENDANTS**

## ORDER

This Court entered a Default Judgment against Defendants Royal Oaks Rental Properties, LLC and Inland Family Practice, LLC on July 25, 2025. At a hearing, the Court previously explained in detail why default judgment was proper. *See also* [32]. On August 1, 2025, Dr. Okorie filed a Motion to Set Aside [33] the Default Judgment under Rule 60(b) of the Federal Rules of Civil Procedure. Upon review, this Court entered a text only order on August 4, 2025, advising University Mall, LLC that it need not respond to Dr. Okorie's Motion because "it is frivolous on its face." Indeed, to date, no attorney has entered an appearance on behalf of Royal Oaks Rental Properties, LLC or Inland Family Practice, LLC. Dr. Okorie cannot represent them. Further, his Motion does not interact with the substance of why the Court entered a default judgment. And Dr. Okorie admitted that neither Royal Oaks Rental Properties, LLC or Inland Family Practice, LLC held any ownership interest, lien, or possessory right to the property at 3700 Hardy Street, Hattiesburg, Mississippi 39401. [1-2], p. 8. When the defendant "fails to present a meritorious defense sufficient to support a finding on the merits for the defaulting party," the Fifth Circuit has held that the "district court has the discretion to refuse to set aside a default judgment under

60(b)(1)." *Jenkens & Gilchrist v. Groia & Co.*, 542 F.3d 114, 119-120 (5th Cir. 2008). The Court exercises such discretion now and further recognizes Dr. Okorie's Motion was frivolous.

IT IS ORDERED that Dr. Okorie's Motion to Set Aside [33] the Default Judgment is DENIED.

This, the 3rd day of March, 2026.

                                                TAYLOR B. McNEEL
                                                UNITED STATES DISTRICT JUDGE